**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

---

KIRAN VUPPALA,                                  CASE NO: 1:15-cv-04948-MKB-SMG

    Plaintiff,

vs.

PETER LO, d/b/a TANGRA MASALA, and
FORTUNATE LUCK CORPORATION,
a New York corporation,

    Defendants.
_____/

## NOTICE OF SETTLEMENT

COMES NOW, Plaintiff, KIRAN VUPPALA, and Defendants, PETER LO, d/b/a TANGRA MASALA, and FORTUNATE LUCK CORPORATION, a New York corporation, by and through their respective undersigned counsel, hereby notify this Honorable Court that settlement has been reached in the above styled case among all parties. The settlement agreement is in the process of being drafted, and the parties shall file a Stipulation of Dismissal With Prejudice thereafter.

Dated: This 8th day of December, 2015.

By: /S/ B. Bradley Weitz                       By: /S/ Arthur J. Soong
    B. Bradley Weitz, Esq.                          Arthur J. Soong, Esq.
    THE WEITZ LAW FIRM, P.A.                    Soong & Liu, Esqs.
    Bank of America Building                        305 Broadway, Suite 802
    18305 Biscayne Blvd., Suite 214                 New York, NY 10007
    Aventura, Florida 33160                         Telephone: (212) 608-3700
    Telephone: (305) 949-7777                       Facsimile: (212) 732-8691
    Facsimile  (305) 704-3877                       Email: soongliu.esqs@gmail.com
    Email: bbw@weitzfirm.com                        *Attorney for Defendant Peter Lo*
    *Attorney for Plaintiff*

By: /S/ Dianna Chen
Dianna Chen, Esq.
51 West 52nd Street, 34th Floor
New York, NY 10009
Telephone: (646) 580-9198
Email: diannachen.esq@gmail.com
*Attorney for Defendant*
*Fortunate Luck Corporation*

**SO ORDERED:**

---
Hon. Margo K. Brodie, U.S.D.J.